*Alltrans Express U.S.A.*, 112 AD2d 850, 852 [1985]). Present—Scudder, P.J., Martoche, Centra and Peradotto, JJ.

■ Frank LaMar, D.D.S., Respondent, v Kenneth R. Vasile, Appellant. (Appeal No. 1.) [852 NYS2d 906]—

Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ Frank LaMar, D.D.S., Respondent, v Kenneth R. Vasile, Appellant. (Appeal No. 2.) [852 NYS2d 907]—

Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ Frank LaMar, D.D.S., Respondent, v Kenneth R. Vasile, Appellant. (Appeal No. 3.) [852 NYS2d 901]—

Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ Frank LaMar, D.D.S., Respondent, v Kenneth R. Vasile, Appellant. (Appeal No. 4.) [852 NYS2d 900]—

Memorandum: Supreme Court properly granted plaintiff's